# United States District Court

United States District Court
Southern District of Texas
FILED
JUL 21 2016
David J. Bradley, Clerk

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Ismael AVALOS-Blanco**

AKA:
**IAE** YOB: 1978
**Mexico**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-16-01363-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 7, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On July 7, 2016, Ismael AVALOS-Blanco a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on July 14, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico for the fourth (4th) time on September 8, 2011 via the New Orleans, LA Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about September 28, 2011 by wading the Rio Grande River at or near Hidalgo, Texas. On May 17, 2010, the defendant was convicted of Being Found in the U.S. After Previous Deportation and sentenced to twenty four (24) months to the custody of the United States Bureau of Prisons and two (2) years SRT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Alex Benavidez

Signature of Complainant

**George Garcia**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 21, 2016** at **McAllen, Texas**
Date                                         City and State

**Peter E. Ormsby**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer